IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | NO. 2-12-CR-000417-1 |
|---|---|---|
| | : | |
| vs. | : | |
| | : | |
| TYSON WATSON | : | |

**O R D E R**

AND NOW, this 1st day of April, 2013, upon consideration of the motion of defendant Tyson Watson (Docket No. 13) and the submissions relating to it, and following an evidentiary hearing held on February 20, 2013, it is hereby **ORDERED** that the Motion is **DENIED** for the reasons discussed in the Memorandum attendant to this Order.

BY THE COURT:

S/Gene E.K. Pratter
Gene E.K. Pratter,          J.
United States District Judge